# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOB KEENAN, et al.,                           )<br>                                                             )<br>            *Plaintiffs*,                         )<br>       v.                                             )     Civil Action No. 1:15-cv-01440<br>                                                             )<br>NORMAN C. BAY, in his capacity as   )     **PLAINTIFFS' NOTICE OF**<br>Chairman of the Federal Energy Regulatory )   **VOLUNTARY DISMISSAL**<br>Commission, et al.,                            )<br>                                                             )<br>            *Defendants*.                     )<br>                                                             ) | |

Plaintiffs hereby file this Notice of Voluntary Dismissal, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with each Party to bear its own costs and fees.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  October 13, 2015 | THE KOGAN LAW GROUP, P.C. |
|  | By: _____/s/_____<br>Lawrence A. Kogan, (D.C. Bar #492042)<br>THE KOGAN LAW GROUP, P.C.<br>100 United Nations Plaza<br>Suite 14F<br>New York, New York 10017<br>(212) 644-9240 |
|  | *Attorney for Plaintiffs* |
|  | Of Counsel: |
|  | SCHMITZ & SOCARRAS LLP |
|  | By: _____/s/_____<br>Joseph E. Schmitz (D.C. Bar #420229) |

1

SCHMITZ & SOCARRAS LLP
8200 Greensboro Drive, Suite 1500
McLean, Virginia 22102
(703) 992-3095

*Attorney for Plaintiffs*